Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20213−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lily Bellis
   174 Wycoff Way West
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−5390

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/23/21 at 09:00 AM

to consider and act upon the following:

37 − Objection to Debtor's Claim of Exemptions filed by Albert Russo. (Russo, Albert)

Dated: 6/9/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court