UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lily Bellis

Case No.: 18-20213
Chapter: 13
Judge: Michael B. Kaplan

### NOTICE OF PROPOSED PRIVATE SALE

_____Lily Bellis_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, N.J. 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __June 15, 2021__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street , Trenton, N.J. 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 174 Wycoff Way W, East Brunswick, NJ 08816

Proposed Purchaser: Angelique Pabon and Nuris Rodriguez-Pabon
12 Poplar St,
Edison, NJ 08817

Sale price: $215,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   AMERICA LAW FIRM; RE/MAX Central; Signature Realty NJ
Amount to be paid:      $1100.00 ; $4450.00; $4150.00 ; Total of $9700.00
Services rendered:      Real Estate process of the Property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Clarkson S. Fisher US Courthouse

Address: 402 East State Street Trenton, N.J. 08608

Telephone No.: (609) 858-9333

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-20213-MBK
Lily Bellis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jun 10, 2021     Form ID: pdf905     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Lily Bellis, 174 Wycoff Way West, East Brunswick, NJ 08816-5641 |
| 517620445 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517542498 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517542499 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517542500 | + | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517542504 | | Del Negro & Senft Eye Associates PC, 1809 Corlies Avenue Suite 1, Neptune, NJ 07753 |
| 517542505 | + | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 517542506 | + | HomeSleep, 37 West Century Road, Suite 107, Paramus, NJ 07652-1466 |
| 517542510 | + | JFK Medical Associates, PO Box 11912, Newark, NJ 07101-4912 |
| 517542513 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, New Jersey Healthcare Specialists, PC, PO Box 419378 DEPT 10005, Boston, MA 02241-9378 |
| 517542512 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 517542514 | + | Parkmed Associates Inc, 300 Perrine Road Suite 301, Old Bridge, NJ 08857-3629 |
| 517542517 | + | Princeton Orthopaedic Associates II PA, 325 Princeton Avenue, Princeton, NJ 08540-1617 |
| 517542518 | | Princeton Radiology Associates, P.A., PO Box 956, Evansville, IN 47706-0956 |
| 517542519 | + | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |
| 517653813 | + | Women's Physicians and Surgeons - AXIA, Apex Asset Management, LLC, POB 5407, Lancaster, PA 17606-5407 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517542497 | | Email/Text: ebn@americollect.com | Jun 10 2021 21:08:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 517542501 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 10 2021 21:05:05 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517542503 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2021 21:08:00 | Comenitycb/lendingclub, Po Box 182120, Columbus, OH 43218-2120 |
| 517542508 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2021 21:07:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 517542511 | + | Email/Text: abachman@rmbcollect.com | Jun 10 2021 21:09:00 | JFK Medical Center, PO Box 11913, Newark, NJ 07101-4913 |
| 517542502 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 10 2021 21:05:04 | Chase Card, Po Box 15298, Wilmington, DE 19850 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: pdf905 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 517645640 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2021 21:08:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517671020 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2021 21:07:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 517542516 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2021 21:07:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517669689 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2021 21:04:34 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 517542515 | | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 21:04:23 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517655727 | | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2021 21:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517542509 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 517542507 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 12, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Lily Bellis rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 4