UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Yan Rudikh, Esq.
RUDIKH & ASSOCIATES
14 Woodward Drive,
Old Bridge, New Jersey 08857
P-732- 659-6961
Fax-732-520-6422

Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lily Bellis

Case No.: 18-20213

Hearing Date: June 15, 2021 at 9:00

Chapter: 13

Judge: Michael B. Kaplan

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:    ☒  Followed    ☐  Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: June 22, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____174 Wycoff Way W, East Brunswick, NJ 08816_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| |
|---|
| Name of professional: |
| Amount to be paid: |
| Services rendered: |
| |

**OR**: ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $___24,675.00___ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

```
 After payment of mortgage payoff of  $179,971.89   the
remaining funds will be held in escrow until the
Trustee authorizes release of the remaining funds.
-After payment of all prior expenses,the proceeds from
debtor's share will pay off the case at 100%.
Secured Creditor only accepts the Sale of the Property
174 Wycoff Way W, East Brunswick, NJ 08816 to the
extent that the full payoff determined only by Secured
Creditor.  The Trustee and/or Debtors reserves the
right to question, contest and/or request verification
of any line item(s) in the Mortgagee's Payoff
Statement but waives any chanllenge to the contractual
calculation of the full amount due. If the sale is not
enough to make a full payoff of the Secured Creditor's
Lien, the Mortgagee may, in their exclusive and
unrestricted discretion, agree to accept less than the
full amount due to release their lien, but is not
obligated to do so.
```

*rev.8/1/15*