Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20213−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lily Bellis
   174 Wycoff Way West
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−5390

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    7/28/21
Time:    01:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
ReMax Central Realtors, Realtor

COMMISSION OR FEES
fee: $4450

EXPENSES
expenses: $

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 25, 2021
JAN: kmm

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 18-20213-MBK
Lily Bellis                                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                              Page 1 of 3
Date Rcvd: Jun 25, 2021                      Form ID: 137                             Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Lily Bellis, 174 Wycoff Way West, East Brunswick, NJ 08816-5641 |
| sp | + | America Law Firm, 58-60 Main Street, Hackensack, NJ 07601-7049 |
| r | + | ReMax Central Realtors, 520 Route 9, Manalapan, NJ 07726-8264 |
| r | + | Signature Realty NJ, 357 Springfield Ave, Summit, NJ 07901-4616 |
| 517620445 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517542498 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517542499 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517542500 | + | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517542504 | | Del Negro & Senft Eye Associates PC, 1809 Corlies Avenue Suite 1, Neptune, NJ 07753 |
| 517542505 | + | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 517542506 | + | HomeSleep, 37 West Century Road, Suite 107, Paramus, NJ 07652-1466 |
| 517542510 | + | JFK Medical Associates, PO Box 11912, Newark, NJ 07101-4912 |
| 517542513 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, New Jersey Healthcare Specialists, PC, PO Box 419378 DEPT 10005, Boston, MA 02241-9378 |
| 517542512 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 517542514 | + | Parkmed Associates Inc, 300 Perrine Road Suite 301, Old Bridge, NJ 08857-3629 |
| 517542517 | + | Princeton Orthopaedic Associates II PA, 325 Princeton Avenue, Princeton, NJ 08540-1617 |
| 517542518 | | Princeton Radiology Associates, P.A., PO Box 956, Evansville, IN 47706-0956 |
| 517542519 | + | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |
| 517653813 | + | Women's Physicians and Surgeons - AXIA, Apex Asset Management, LLC, POB 5407, Lancaster, PA 17606-5407 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2021 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2021 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517542497 | | Email/Text: ebn@americollect.com | Jun 25 2021 20:44:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 517542501 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 20:48:34 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517542503 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2021 20:44:00 | Comenitycb/lendingclub, Po Box 182120, Columbus, OH 43218-2120 |
| 517542508 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2021 20:43:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 517542511 | + | Email/Text: abachman@rmbcollect.com | Jun 25 2021 20:44:00 | JFK Medical Center, PO Box 11913, Newark, NJ 07101-4913 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517542502 | | Email/PDF: ais.chase.ebn@americaninfosource.com Jun 25 2021 20:49:32 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517645640 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 25 2021 20:44:00 | | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517671020 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 25 2021 20:43:00 | | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 517542516 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 25 2021 20:43:00 | | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517669689 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2021 20:49:12 | | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 517542515 | | Email/PDF: gecsedi@recoverycorp.com Jun 25 2021 20:48:29 | | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517655727 | | Email/Text: bnc-quantum@quantum3group.com Jun 25 2021 20:44:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517542509 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 517542507 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Realtor Signature Realty NJ rudikhlawgroup@gmail.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: 137 | Total Noticed: 33 |

rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh

on behalf of Realtor ReMax Central Realtors rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh

on behalf of Debtor Lily Bellis rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh

on behalf of Spec. Counsel America Law Firm rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 8