| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Yan Rudikh, Esq.<br>RUDIKH & ASSOCIATES<br>14 Woodward Drive,<br>Old Bridge, New Jersey 08857<br>P-732- 659-6961<br>Fax-732-520-6422 | Order Filed on July 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Lily Bellis | Case No.:  18-20213<br><br>Hearing Date:  7/14/21 at 1:00 p.m.<br><br>Judge:  Michael B. Kaplan<br><br>Chapter:  Chapter 13 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 29, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| RE/MAX CENTRAL | $4450.00 | $0.00 |

*rev.8/1/15*