# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

## CHANGE OF ADDRESS FORM

This form is to be used to **change** the address of a party to a bankruptcy or an adversary proceeding ONLY. A debtor who wishes to **add** a creditor not previously listed in his schedules must file an Amendment to Schedule D, E & F and submit a fee of $30.00.

Debtor's name: _Lily Bellis_    Case number: _18-20213_

Party's name/type: _____
(Example: John Smith, creditor)

Old address: _174 Wycoff Way West_
_East Brunswick, NJ 08816_

New address:
Ms. Lily Bellis
441 Danbury Ln
E Brunswick, NJ 08816

**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 19 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY: _____ DEPUTY

New phone no: _____

I hereby certify under penalty of perjury that the above information is correct. If a debtor, I am aware that it is my responsiblity to notify the Trustee and any affected party of my change of address.

Date: _01/14/2023_    Signature: _Lily Bellis_

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

Erik D. Collazo, Esq.
David A. Martin, Esq.
Mary A. Krieger, Esq.
*Counsel*

**ALBERT RUSSO**
Standing Chapter 13 Trustee
3 AAA Drive • Suite 203
Robbinsville, New Jersey 08691-1814
*Voice* 609-587-6888 • *Fax* 609-587-9676
www.russotrustee.com

*Mailing Address:*
CN 4853
Trenton, NJ 08650

*For Payments Only:*
PO Box 933
Memphis, TN 38101-0933

January 09, 2023

Lily Bellis
441 Danbury Ln
East Brunswick, NJ 08816

Re:   Chapter 13 Case No. 18-20213 / MBK

Dear Debtor(s):

We were recently notified that your address has changed.

If you have moved from the above referenced address, you should complete the enclosed Change of Address form and send it to the Bankruptcy Court (address listed below) for filing. There is no fee to file this form.

> Clerk of the Court
> United States Bankruptcy Court
> 402 East State Street
> Trenton, NJ 08608

Once you have filed the Change of Address form with the court, please forward a copy to our office and we will update our records.

**It is imperative that you to keep your address updated with the court so you do not miss important correspondence or legal documents from our office, creditors, attorneys, or the court.**

Please contact your attorney with questions about this form.

Very truly yours,

Albert Russo / ME
Standing Chapter 13 Trustee

cc:   Yakov Rudikh, Esq. w/out enclosure

---

**MAKE YOUR PAYMENTS ONLINE USING ePAY!**

ePay provides the ability to make your required monthly Trustee payment directly from your bank account, rather than certified funds. This is an instant payment system, via SunTrust Bank, that provides a verifiable, secure, and convenient online payment option. ePay is the only form of electronic payment *endorsed by the Trustee*. Go to **www.russotrustee.com/epay** for more information or to register!

Ms. Lily Bellis
441 Danbury Ln
E. Brunswick, NJ 08816



DV DANIELS NJ 070
17 JAN 2023 PM 3 L

Clerk of the Court
United States Bankruptcy Court
402 East State St
Trenton NJ 08608

08608-150799